UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERNST VALERY,
                        Plaintiff,

         -v-

WELLS FARGO & COMPANY, *et al.*,
                       Defendants.

21-CV-5464 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    On July 6, 2021, the Court stayed this case pending the resolution of the proceedings in the Ninth Circuit. (Dkt. No. 76.) The parties were directed to file a joint status letter once the Ninth Circuit had resolved Plaintiff's Petition for a Rehearing En Banc. (*Id.*) On January 25, 2022, the parties filed a joint status letter informing the Court that the Ninth Circuit recently issued a decision denying Plaintiff's Rehearing Petition and requesting that the Court lift its stay of the action. (Dkt. No. 83.)

    The request to lift the stay is GRANTED. The parties are directed to attend a telephonic status conference on February 7, 2022, at 12 P.M. Counsel should call (888) 557-8511 at the scheduled time. The access code is 9300838.

    SO ORDERED.

Dated: January 26, 2022
       New York, New York

                                                  J. PAUL OETKEN
                                             United States District Judge