UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERNST VALERY,

                    Plaintiff,

       -v-

WELLS FARGO & COMPANY, *et al.*,

                    Defendants.

21-CV-5464 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    A telephone conference was held in this case on January 4, 2023. As stated on the record, the motion by Plaintiff's counsel Jared H. Beck to withdraw as counsel is GRANTED.

    Plaintiff shall, by January 31, 2023, either (1) have new counsel file an appearance in this action or (2) file a letter stating that he wishes to proceed *pro se* and providing his mailing address. If he fails to do so by that date, this case will be dismissed for lack of prosecution. Plaintiff is informed that a *pro se* party is not permitted to represent a class.

    Withdrawing counsel is directed to provide a copy of this order to Plaintiff Ernst Valery by email and mail by January 11, 2023.

    The Clerk is directed to close the motion at ECF No. 98.

    SO ORDERED.

Dated: January 6, 2023
       New York, New York

_____
J. PAUL OETKEN
United States District Judge