Docket in 21-cv-5464
Received by chambers 1/31/2023

1/31/2023

The Honorable J Paul Oetken
Case number 21-CV-5464 (JPO)

_____
J. PAUL OETKEN
United States District Judge

Dear Honorable Judge Oetken;

Per the attached and above referenced Case number 21-CV-5464 (JPO) I intend to continue with the case.  My mailing address for further correspondence and notices is as follows:

Ernst Valery
5603 Roxbury Place
Baltimore, MD 21209

Further, I expect to retain new counsel soon.  Thank you in advance for acknowledging my confirmation to proceed.

Best regards,
Ernst Valery
--
**Ernst Valery**
**Managing Partner**

Call **917.757.4389**
Write **evalery@saaevi.com**
Visit **saaevi.com**

Developing real estate and investing in ventures that benefit communities.