UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
X ------------------------------------------------------------X
ERNST VALERY,
Plaintiff                                                                                    21-cv-5464 (JPO)
- against -
WELLS FARGO & COMPANY, et. al.                            **Appearance of Counsel**
Defendants
X ------------------------------------------------------------X

To: The Clerk of Court and all Parties of record

PLEASE TAKE NOTICE that the Plaintiff, ERNST VALERY, has retained David Howe of Law Offices of David Howe, P.C., as his attorney for this matter. I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for: ERNST VALERY

All papers in this action are to be served upon the undersigned at the post office address stated below.

Dated: Orangeburg, New York
         January 31, 2023

Yours, etc.

LAW OFFICES OF DAVID HOWE, P. C.
Attorney for Plaintiff
P.O. Box 368
Orangeburg, New York 10962-0368
845-624-7474
**OFFICE BY APPOINTMENT ONLY:**
328 North Broadway - 2nd Floor
Upper Nyack, New York 10960
Email: dh@davidhowelaw.com
Fax 845 367 5008    PACER dh 2943

TO: Alicia Anne Baiardo, Esq.
     abaiardo@mcguirewoods.com

Ava Lias-Booker, Esq.                               D. Powell, Esq.
alias-booker@mcguirewoods.com          dpowell@mcguirewoods.com

Thomas E. Spahn, Esq.
tspahn@mcguirewoods.com

David Halleck Fry, Esq.                             Isaac M. Neuberger, Esq.
david.fry@mto.com                                   imn@nqgrg.com
frydh@mto.com