**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ERNST VALERY, on Behalf of Himself, and All Others Similarly Situated,<br><br>     Plaintiff,<br><br>   -against-<br><br>WELLS FARGO & COMPANY; and WELLS FARGO BANK, N.A.,<br><br>     Defendants. | Case No.: 1:21-cv-05464-JPO |

### [CORRECTED] STIPULATION AND ORDER FOR THE WITHDRAWAL OF COUNSEL

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel, that the law firm of Munger, Tolles & Olson LLP, including attorney David H. Fry, shall withdraw as counsel for Defendants Wells Fargo & Company and Wells Fargo Bank, N.A. ("Defendants"), while the law firm of McGuireWoods LLP, including attorneys Alicia Anne Baiardo, Ava Lias-Booker, and Thomas E. Spahn shall continue as counsel for Defendants in the above-captioned matter.  Defendants have consented to this withdrawal.

**PLEASE TAKE NOTICE** that all pleadings, notices of hearing, and other filings in this matter should be served on McGuireWoods LLP at the addresses set forth below.

**PLEASE TAKE FURTHER NOTICE** that, as required by Local Civil Rule 1.4, Munger, Tolles & Olson LLP states that it will not be asserting a retaining or charging lien.

DATED: February 6, 2023                    **MUNGER, TOLLES & OLSON LLP**

By:       */s/ David H. Fry*
_____
Munger, Tolles & Olson LLP
David H. Fry (*admitted via pro hac vice*)
560 Mission Street, 27th Floor
San Francisco, California 94105-2907
Telephone:   (415) 512-4000
Facsimile:   (415) 512-4077
david.fry@mto.com

DATED: February 6, 2023                    **MCGUIREWOODS LLP**

By:       */s/ Alicia Baiardo*
_____
McGuireWoods LLP
Alicia Baiardo (*admitted pro hac vice*)
Two Embarcadero Center, Suite 1300
San Francisco, California 94111-3821
Telephone:   (415) 844-9944
Facsimile:   (415) 844-9922
abaiardo@mcguirewoods.com

*Attorneys for Defendants Wells Fargo &
Company and Wells Fargo Bank, N.A.*

**SO ORDERED.**

Dated:  February ___, 2023

_____
The Honorable J. Paul Oetken
United States District Judge