Law Offices of
# DAVID HOWE PC

| **MAILING ADDRESS** | VOICE **845 624 7474** | OFFICE - *by appointment only* |
|---|---|---|
| PO Box 368 | Fax *845 367 5008* | 328 North Broadway 2nd Fl. |
| Orangeburg NY 10962-0368 | | Upper Nyack NY 10960 |

e mail   dh@davidhowelaw.com

March 10, 2023

Honorable J. Paul Oetken
U.S. District Court Judge
USDC – Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
NYC NY 10007
BY CMECF

Re: Valery v. Wells Fargo & Company et al
USDC – Southern District of New York
Civil Docket  1:21-cv-05464 - JPO

Honorable Judge Oetken:

This letter informs the Court that Plaintiff and Defendants have been actively engaged in settlement discussions via their respective attorneys. The settlement discussions have been productive but have not as of this date resulted in the Parties achieving an amicable resolution of this matter. Today the Parties are obligated per the Court's directive of February 7, 2023 to inform the Court as to 'status'. This letter requests, on behalf of the Parties herein, for the Court to grant a two (2) week further period for settlement discussions. The Parties would similarly inform the Court on or before Friday, March 24, 2023 before 4 pm as to the 'status' of the settlement discussions.

Respectfully yours,

David Howe

Cc: Alicia Anne Baiardo, Esq.
    Ava Lias-Booker, Esq.
    Heather Britton Chaney, Esq., Esq.

---

This case will be stayed. Counsel for the parties are directed to file a joint status letter on or before March 24, 2023. The Clerk of the Court is respectfully directed to mark this case as STAYED.
SO ORDERED.

3/10/2023

J. PAUL OETKEN
United States District Judge