# McGuireWoods

**McGuireWoods LLP**
Two Embarcadero Center
Suite 1300
San Francisco, CA 94111-3821
Phone: 415.844.9944
Fax: 415.844.9922
www.mcguirewoods.com

**Alicia A. Baiardo**
Direct: 415.844.1973
abaiardo@mcguirewoods.com
Fax: 415.844.9922

March 24, 2023

Honorable J. Paul Oetken
U.S. District Court Judge
USDC – Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
NYC NY 10007
BY CMECF

Re:   ***Valery v. Wells Fargo & Company et al***
USDC – Southern District of New York
Civil Docket No. 1:21-cv-05464 - JPO

Honorable Judge Oetken:

This joint status letter serves to inform the Court that the Plaintiff Ernst Valery ("Plaintiff") and Defendants Wells Fargo & Company and Wells Fargo Bank, N.A. (together, "Wells Fargo" or "Defendants") have reached a settlement of their dispute in principle (subject to a formal Stipulation being signed by all Parties). The settlement resolves all claims and causes of action asserted by Plaintiff against Defendants. Plaintiff and Defendants are currently preparing a formal, written settlement agreement and intend to file a *Stipulation of Dismissal with Prejudice* within forty-five (45) days from the date of this notice.

Respectfully yours,

/s/ Alicia A. Baiardo

Alicia A. Baiardo

Cc: David Howe